UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEOVANA RODRIGUES DE MOURA SILVA
        Plaintiff(s),

v.

PATRICIA HYDE, PAMELA BONDI, KRISTI L. NOEM, AND TODD M. LYONS
        Defendant(s).

Civil Action No. 25-14012-JEK

# JUDGMENT

**KOBICK, D.J.**

☐ Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ Decision by the Court: In accordance with the Court's Electronic Order dated January 4, 2026, [ECF 10], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Jeovana Rodrigues De Moura Silva.

Dated: January 9, 2026

                                                      /s/ Haley Currie
                                                      Deputy Clerk